# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HENRRY JOSUE VILLATORO SANTOS | ) | Case No. 1:25-mj-204 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 27, 2025__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(5)(A) | Firearm Possession by Alien |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

__John Blanchard__
*Printed name and title*

*Complainant's signature*

__ICE ERO Jason Klepec__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 3/27/2025

*Judge's signature*

City and state: Alexandria, VA

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*