Date: 4/1/2025     Time: 2:01p – 2:34p

Judge: William B. Porter     Case #: 1:25-MJ-204
Tape: FTR/400     Court Reporter: N/A
Hearing: ☐Initial App./☒Detention Hrg/☒Preliminary Hrg/☐Status Conf./☐Motion Hrg

Eastern District of Virginia
United States of America
v.
Henrry Josue Villatoro Santos

**Participants**
USA: John Blanchard

**Defense Counsel**: Valencia Roberts
**Court to appoint counsel**: ☐AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

**Interpreter**: Miriam Deutsch     **Language**: Spanish

**Advisement**
☐Rule 5     ☐Due Process Protections Act

**Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)
☐Deft denies PC as to the violation(s)     ☐Deft does not contest PC as to the violation(s)
☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**
☐DH held / ☒DH waived     ☒PH held / ☐PH waived
☐Def submits on probable cause / ☐Def not contesting probable cause
☒Govt adduced evidence and rests     ☒Court finds probable cause

**Detention**
☐Govt seeking detention / ☐not seeking detention
☐Def counsel seeking release / ☐not seeking release at this time
☐Def counsel not contesting release at this time
☒Deft remanded to the custody of the USMS

**Bond Status**
☐Deft released on PR bond: ☐with conditions     ☐Deft continued on PR bond
☐Deft continued on previously imposed conditions: ☐Probation / ☐Supervised Release

**Future proceedings**
☒Matter continued for further proceedings before the Grand Jury
☐Next hearing:

**Notes**: