IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:25mj-204 |
| ) | The Hon. William B. Porter |
| HENRRY JOSE VILLATORO SANTOS, ) | |
| *Defendant*. ) | |
| ) | |

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL

COMES NOW, Valencia Roberts, Assistant Federal Public Defender, counsel for the Defendant, Henrry Jose Villatoro Santos ("Mr. Villatoro"), and respectfully requests this Honorable Court grant permission to withdraw as counsel for the Defendant in the instant case and to appoint substitute counsel. In support of the motion, counsel states as follows:

1. On March 27, 2025, the Office of the Federal Public Defender was appointed to represent Mr. Villatoro on the charge of possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g)(5)(A).

2. After undersigned counsel's appointment, it was learned, and counsel for the government has confirmed, that an actual conflict exists that would prevent the office of the Federal Public Defender from representing Mr. Villatoro in this case.

Accordingly, for the foregoing reasons, undersigned counsel prays that this Court grant the motion to withdraw as counsel and appoint substitute counsel.

Respectfully submitted,
HENRY JOSE VILLATORO SANTOS

_____/s/_____
By Counsel
Valencia D. Roberts
Assistant Federal Public Defender
Counsel for Henrry Villatoro Santos

Office of the Federal Public Defender
Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, VA 22314
Telephone: 703-600-0870
Facsimile: 703-600-0880
Valencia_Roberts@fd.org.