IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRRY JOSUE VILLATORO SANTOS,<br><br>    *Defendant.* | Case No. 1:25-mj-204 |

## MOTION TO DISMISS

The United States of America hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,[1] to dismiss without prejudice the criminal complaint presently pending against the defendant. *See United States v. Chase*, 372 F.2d 453, 463 (4th Cir. 1967) (stating that a Rule 48(a) "dismissal is without prejudice"); 3B Peter J. Henning, *Federal Practice & Procedure Crim.* § 801 (4th ed. 2024) ("A dismissal properly taken under Rule 48(a) is without prejudice[.]").

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:            */s/*           
John C. Blanchard
Assistant United States Attorney

---

[1] Rule 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." The leave-of-court requirement confers only highly limited discretion to deny a government motion under Rule 48(a). *See United States v. Goodson*, 204 F.3d 508, 512 (4th Cir. 2000). Indeed, "the court must grant the government's Rule 48(a) motion unless the court concludes that to grant it would be clearly contrary to manifest public interest, determined by whether the prosecutor's motion to dismiss was made in bad faith." *Id.* Here, there is no bad faith; the government no longer wishes to pursue the instant prosecution at this time.

## CERTIFICATE OF SERVICE

I certify that on April 9, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
John C. Blanchard
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3999
Fax: (703) 299-3980
John.Blanchard@usdoj.gov