IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRRY JOSUE VILLATORO SANTOS,<br><br>*Defendant.* | Case No. 1:25-mj-204 |

## **ORDER**

The United States of America has moved, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the criminal complaint presently pending against the defendant. For good cause shown, it hereby

ORDERED that the government's motion is GRANTED; and it is further

ORDERED that the criminal complaint in this case is DISMISSED WITHOUT PREJUDICE.

Date: _____
Alexandria, Virginia

_____
Lindsey R. Vaala
United States Magistrate Judge